UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE: EXPRESS SCRIPTS, INC.,        )        MDL No. 1672
      Pharmacy Benefits Management  )
      Litigation,                   )

**ORDER**

The Court is in receipt of several letters from counsel representing one or more of the cases in this litigation. At least one letter suggests that counsel for the parties have been conferring for the purpose of resolving certain issues such as an organizational structure, a steering committee and general procedure for handling the litigation.

There is at least one motion, and perhaps informal requests, for various parties to act as lead counsel. As the parties are negotiating informally as to how to process this matter, the Court will wait until June 1, 2005 before taking any action on pending requests. If counsel can resolve some of these matters and submit them to the Court in order that some of the procedure can be agreed to, the proposal should be submitted to the Court for consideration. Otherwise, and perhaps in any event, it may be necessary to schedule a hearing to set up the necessary procedure for processing the litigation.

**IT IS THEREFORE ORDERED** that the Court will take no action on pending motions until June 1, 2005 in order to give counsel an opportunity to consider scheduling.

Dated this ___18th___ day of May, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE