UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re EXPRESS SCRIPTS, INC., )<br>PBM LITIGATION )<br>)<br>) | Master Case No. 4:05-MD-01672 SNL |

*This Document Relates to:*

| | |
|---|---|
| Gerald R. Minshew, on behalf of<br>the Goodyear Prescription Drug Plan | D.Mo. No. 4:02-CV-01503 SNL |
| Jerome P. Brown, et al., on behalf of<br>New England Health Care Employees | D.Conn. No. 3:04-01822 |

### ORDER

In accordance with the Memorandum filed herein this Date,

**IT IS HEREBY ORDERED** that Plaintiffs' motion for partial summary judgment (No. 4:02-CV-01503, Doc. #343, filed Dec. 17, 2004) be, and is, **HEREBY GRANTED IN PART**. ESI is an ERISA fiduciary in controlling and/or disposing of plan assets related to ESI's OptiMed Program. In all other respects, Plaintiffs' motion is **HEREBY DENIED**.

**IT IS FURTHER ORDERED** that Defendant's motion for partial summary judgment (No. 4:05-MD-01672, Doc. #285, filed Jan. 18, 2008) be, and is, **HEREBY GRANTED IN PART** and **DENIED IN PART**.

**IT IS STILL FURTHER ORDERED** that Plaintiffs' motion for class certification (No. 4:05-MD-01672, Doc. #120, filed Mar. 28, 2006) be, and is, **HEREBY DENIED** in its entirety.

**IT IS SO ORDERED**.

Dated this 30th day of July, 2008.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**