UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| IN RE: EXPRESS SCRIPTS, INC., | ) | Case No. 4:05md1672 HEA |
|---|---|---|
| SECURITIES LITIGATION, | ) | |
| CLASS ACTION | ) | 4:02cv1503 JCH |
| | ) | 4:03cv1519 JCH |
| | ) | 4:03cv1520 JCH |
| | ) | 4:05cv0828 JCH |
| | ) | 4:05cv0829 JCH |
| | ) | 4:05cv0830 JCH |
| | ) | 4:05cv0831 JCH |

O R D E R

At the direction of the Court, the above styled cases must be reassigned to another Judge.

**IT IS THEREFORE ORDERED** that the above styled member cases of the Multi-district Litigation case are randomly reassigned to the Honorable Henry E. Autrey.

Dated this 22nd day of September, 2008.

        JAMES G. WOODWARD
        Clerk of Court

        By: /s/ Karen Moore
        Deputy Clerk