A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Jul 01, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 01, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: EXPRESS SCRIPTS, INC., PHARMACY
BENEFITS MANAGEMENT LITIGATION  MDL No. 1672

## ORDER REASSIGNING LITIGATION

Due to the recusal of the Honorable Jean C. Hamilton, the actions in the above litigation have been reassigned by the Eastern District of Missouri to the Honorable Henry E. Autrey.

IT IS THEREFORE ORDERED that this litigation is reassigned to the Honorable Henry E. Autrey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

John G. Heyburn II
Chairman