# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re EXPRESS SCRIPTS, INC.,<br>    PBM LITIGATION | Master Case No. 4:05-md-01672-HEA |
| This Document Relates to:<br>    *Food Employers Labor Relations*<br>    *Association & United Food and*<br>    *Commercial Workers Health and*<br>    *Welfare Fund v. Express Scripts, Inc.,*<br>    *et al.*,<br>    Case No. 4:06-cv-01612-HEA | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Food Employers Labor Relations Association & United Food and Commercial Workers Health and Welfare Fund, and Defendants Express Scripts, Inc., Value Rx, Inc., National Prescription Administrators, Inc., Diversified Pharmaceutical Services, Inc. and Associated Prescription Services, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this entire action with prejudice, with each Party to bear their own respective attorneys' fees, costs, and expenses incurred in the defense and prosecution of this action.

DATED:   October 4, 2011

**Error! No property name supplied.**

| | |
|---|---|
| /s/ Thomas M. Dee<br>Joseph P. Conran, #21635MO<br>Thomas M. Dee, #30378MO<br>Husch Blackwell LLP<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO 63105<br>(314) 480-1859<br>(314) 480-1505 (fax)<br><br>***Attorneys for Defendants Express Scripts, Inc., et al.*** | /s/ David A. McKay<br>David A. McKay<br>Herman Gerel, LLP<br>230 Peachtree Street N.W., Suite 2260<br>Atlanta, Georgia 30303-1515<br>(404) 880-9500<br>(404) 880-9605 (fax)<br><br>William H. Narwold<br>Motley Rice, LLC<br>20 Church Street, 17th Fl.<br>Hartford, CT  06103-1221<br>(860) 882-1681<br>(860) 882-1682 (fax)<br><br>***Attorneys for Plaintiff Food Employers Labor Relations Association & United Food and Commercial Workers Health and Welfare Fund*** |