UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re EXPRESS SCRIPTS, INC., PBM LITIGATION | Master Case No. 4:05-md-01672-HEA |
| This Document Relates to: *Washington Wholesalers Health and Welfare Fund v. Express Scripts, Inc., et al.,* Case No. 4:06-cv-01007-HEA | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Washington Wholesalers Health and Welfare Fund and Defendants Express Scripts, Inc., Value Rx, Inc., National Prescription Administrators, Inc., Diversified Pharmaceutical Services, Inc. and Associated Prescription Services, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this entire action with prejudice, including Plaintiff's claims and Defendant Express Scripts, Inc.'s counterclaims, with each Party to bear their own respective attorneys' fees, costs, and expenses incurred in the defense and prosecution of this action.

DATED:  October 4, 2011

| | |
|---|---|
| /s/ Thomas M. Dee<br>Joseph P. Conran, #21635MO<br>Thomas M. Dee, #30378MO<br>Husch Blackwell LLP<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO 63105<br>(314) 480-1859<br>(314) 480-1505 (fax)<br><br>***Attorneys for Defendants Express Scripts, Inc., et al.*** | /s/ David A. McKay<br>David A. McKay<br>Herman Gerel, LLP<br>230 Peachtree Street N.W., Suite 2260<br>Atlanta, Georgia 30303-1515<br>(404) 880-9500<br>(404) 880-9605 (fax)<br><br>William H. Narwold<br>Motley Rice, LLC<br>20 Church Street, 17th Fl.<br>Hartford, CT  06103-1221<br>(860) 882-1681<br>(860) 882-1682 (fax)<br><br>***Attorneys for Plaintiff Washington Wholesalers Health and Welfare Fund*** |